UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JACOB HOLLAND and RILEY HORTON,** Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>**PRIME SEAMLESS GUTTERS & ROOFING, LLC, and ANDREW JOHNSON**<br><br>Defendants. | Case No. 5:23-cv-01099-OLG |

## NOTICE OF SETTLEMENT

Plaintiffs Jacob Holland and Riley Horton, individually and on behalf of all Opt-In Plaintiffs and Defendants Prime Seamless Gutters & Roofing, LLC and Andrew Johnson (collectively "the Parties") have reached an amicable resolution. Plaintiffs anticipate filing dismissal documents within thirty (30) days of the filing of this Notice.

Dated: May 7, 2025 Respectfully submitted,

          **ANDERSON ALEXANDER, PLLC**

By:    /s/ *Carter T. Hastings*
        **Carter T. Hastings**
        Texas Bar No. 24101879
        carter@a2xlaw.com
        **Clif Alexander**
        Texas Bar No. 24064805
        clif@a2xlaw.com
        **Lauren E. Braddy**
        Texas Bar No. 24071993
        lauren@a2xlaw.com
        **Alan Clifton Gordon**
        Texas Bar No. 00793838
        cgordon@a2xlaw.com
        101 N. Shoreline Blvd, Suite 610
        Corpus Christi, Texas 78401
        Telephone: (361) 452-1279
        Facsimile: (361) 452-1284

        *Attorneys for Plaintiffs and the Opt-In Plaintiffs*

        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:    /s/ *Elbert Ortiz*
        **Elbert Ortiz**
        Texas Bar No. 24087007
        Elbert.ortiz@ogletree.com
        **Lawrence D. Smith**
        Texas Bar No. 18638800
        Larry.smith@ogletree.com
        2700 Weston Centre
        112 East Pecan Street
        San Antonio Texas 78205
        Telephone: (210) 354-1300
        Facsimile: (210) 277-2702

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                      */s/ Carter T. Hastings*
                                                      Carter T. Hastings