**FILED**

May 08, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JACOB HOLLAND *et al.*** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-23-CV-1099-OLG** |
| | § | |
| **PRIME SEAMLESS GUTTERS &** | § | |
| **ROOFING, LLC and ANDREW** | § | |
| **JOHNSON** | § | |

## ORDER FOR DISMISSAL PAPERS

On May 7, 2025, the Court was advised that this case has settled. *See* Dkt. No. 39.

Accordingly, it is hereby **ORDERED** that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Friday, June 6, 2025**. If the parties are unable to submit those documents by that date, they may move for an extension of time to file the documents. Failure to so move may result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2) All pretrial deadlines in this case are hereby **STAYED** pending the submission of the parties' stipulation of dismissal or agreed judgment and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) The pretrial conference and trial settings are **CANCELED**.

4) No extensions of the above deadline shall be granted except upon a showing of good cause.

5) The Court hereby administratively **CLOSES** this case pending the filing of dismissal papers. If the parties wish to reopen this case, they may do so by filing a motion to that effect.

It is so **ORDERED.**

**SIGNED** this 8th day of May, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE